EL PUEBLO, DEMANDANTE Y APELADO, v. MONAGAS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª., en una causa por venta de billetes de lotería.

No. 669.—Resuelto en abril 15, 1914.

LOTERÍA—PRUEBAS—APRECIACIÓN DEL TRIBUNAL SENTENCIADOR.—La apreciación de las pruebas hecha por el tribunal sentenciador no será revocada en apelación por la alegación de ser inverosímil las declaraciones de los testigos, cuando no se demuestre que haya existido parcialidad o pasión alguna.

ID.—PRUEBAS—ADMISIÓN DE OTROS BILLETES.—Atendidas las circunstancias de este caso se resolvió que la admisión como prueba de otros billetes de lotería ocupados en la casa del acusado constituía prueba corroborativa y la corte no cometió error en admitirlos.

ID.—ERRORES QUE NO SON PERJUDICIALES—ADMISIÓN DE PRUEBAS—LOTERÍAS.—Siendo robusta la prueba presentada contra el acusado, éste no sufrió perjuicio alguno, aun en el supuesto de que la corte hubiera cometido error al admitir la prueba impugnada en este caso.

Los hechos están expresados en la opinión.

Abogado del Pueblo: Sr. Charles E. Foote, Fiscal.

Abogado del apelante: Sr. Antonio Trujillo.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Dos son los errores alegados por el apelante. El primero consiste en que la prueba es insuficiente. Se presentó prueba consistente en la declaración de un policía que declaró que él vió al acusado vender un billete de lotería a Pedro Rendón y éste también declaró y dijo que el acusado le había vendido el billete. El apelante ataca estas declaraciones fundado en su inverosimilitud pero el tribunal les dió crédito y no se nos ha demostrado que haya existido parcialidad ni pasión alguna.

El segundo error consiste en la admisión de la declaración de los testigos para demostrar que se encontraron dos billetes más de lotería en la casa. La declaración de un testigo tiende a demostrar que el acusado extendió su brazo

por detrás de un biombo para sacar un billete y que después en el mismo sitio se encontraron dos billetes más de la misma lotería y del mismo sorteo. Atendidas las circunstancias, esto constituía una prueba de corroboración.

Además, dada la prueba directa, robusta de los testigos del Fiscal, el acusado no sufrió perjuicio por la admisión de la prueba impugnada.

La sentencia debe ser confirmada.

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.